**No. 39473.**—Protests 547795–G, etc., of Hydeman & Lassner (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.

**No. 39474.**—Protest 33882–G of Rolland Frères, Inc. (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.

**No. 39475.**—Protest 2357–G of L. Metzger & Co. (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.

**No. 39476.**—Protests 886447–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the stands in question were held dutiable as manufactures of wood at 33⅓ percent under paragraph 412 as claimed.

**No. 39477.**—Protests 950163–G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 38680 the needle threaders and savings banks in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 39478.**—Protest 911986–G of Taiyo Trading Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of bird cages similar to those the subject of *Heemsoth* v. *United States* (T. D. 49191). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 39479.**—Protest 843824–G of De Boer & Livingston (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of atomizers the same as those passed upon in *Rice* v. *United States* (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.